**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6310

KAMAL PATEL,

Plaintiff – Appellant,

v.

MACK BONNER; ABDUR RAHIM; BUREAU OF PRISONS,

Defendants – Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:08-ct-03110-BO)

Submitted:  January 19, 2011            Decided:  April 11, 2011

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kamal Patel, Appellant Pro Se.  David T. Huband, BUREAU OF PRISONS, Butner, North Carolina, Jennifer P. May-Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kamal Patel appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Patel v. Bonner</u>, No. 5:08-ct-03110-BO (E.D.N.C. Jan. 28, 2010). We deny the motion to supplement the record and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>